Decided August 6, 1991

STATE OF CONNECTICUT *v.* ENRIQUE AYALA

The defendant's petition for certification for appeal from the Appellate Court is granted, limited to the following issues:

"1. Does the order of the Appellate Court granting review but denying relief with respect to the defendant's motion for review of the trial court's order revok-

ing the defendant's release on bond pursuant to Connecticut General Statutes § 54-64f constitute a final judgment reviewable by this court pursuant to Connecticut General Statutes § 51-197f?

"2. If the order of the Appellate Court is reviewable, does Connecticut General Statutes § 54-64f as applied to the defendant violate the right of bail provision of article first, § 8, of our state constitution?"

*Michael A. Georgetti,* in support of the petition.

*Susan C. Marks,* assistant state's attorney, in opposition.

Decided October 9, 1991